

Sullivan & Worcester LLP
1290 Avenue of the Americas
New York, NY 10104

T  212 660 3000
F  212 660 3001
www.sandw.com

May 2, 2011


Hon. William D. Wall
U. S. District Court for the Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Courtroom 920
Central Islip, NY 11722-4438

Re:   160-13 Jamaica, LLC v. Clear Wireless, LLC, Case No. 11-00792 (JFB)(WDW)

Dear Judge Wall:

We represent Clear Wireless LLC in the referenced matter.

The parties jointly request a short adjournment of the initial conference date, which is currently scheduled for May 5, 2011.  We are currently engaged in settlement discussions, which, if successful, will obviate the need for further litigation activity.  We will call the Court tomorrow to discuss setting a new date.

Respectfully,

/s/

Andrew T. Solomon

Direct line:  212.660.3023
asolomon@sandw.com

cc:  Jeffrey A. Miller, Esq.